IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| OTIS GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-354-F |
| ) | |
| LATONYA GRAY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on April 21, 2005, said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that plaintiff's complaint is DISMISSED with prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B).

DONE this 23rd day of May, 2005.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE